UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

RASHIEM COUNCIL,
PARIS FULTON,
TERRENCE MCKEE,
MICHAEL GARCIA

Defendants.

22 Cr. 49 (PAE)

ORDER

---

PAUL A. ENGELMAYER, United States District Judge:

The Court has received a motion from counsel for defendant Michael Garcia seeking his release on conditions of bail. Dkt. 22. The Court will take up this application at the close of tomorrow's conference. To assist the Court in its review, the Court directs the Government to furnish the Court forthwith with the Pretrial Services report as to defendant Garcia. The Court would also welcome a letter from the Government, in advance of tomorrow's hearing, setting out its position on the bail application.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 8, 2022
        New York, New York