

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *United States v. Michael Garcia*, **22 Cr. 49 (PAE)**

Dear Judge Engelmayer:

  The parties respectfully request a 60-day adjournment of defendant Michael Garcia's sentencing, which is currently scheduled for October 26, 2022 (*see* Dkt. Entry, dated July 20, 2022). In addition, the parties respectfully request that their submissions be due one week for the defense and two weeks for the Government in advance of the new sentencing date.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

      by: _____
         Sarah L. Kushner
         Assistant United States Attorney
         (212) 637-2676

cc:   Michael Jeffrey Nedick, Esq. (by ECF)

**GRANTED.** Sentencing is adjourned to December 21, 2022 at 12:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices. The Clerk of Court is requested to terminate the motion at Dkt. No. 58.

                    10/20/2022

     SO ORDERED.

            _____
            PAUL A. ENGELMAYER
            United States District Judge