UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MICHAEL GARCIA,

Defendant.

22-CR-49-04 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court *sua sponte* schedules a *Fatico* hearing beginning at **9:30 a.m.** on **February 24, 2023** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The *Fatico* hearing will take up the issues whether Mr. Garcia, in a proffer, lied to the Government to the effect that his co-defendants attempted to rob him on January 11, 2022, and whether Mr. Garcia thereby attempted to obstruct justice. The Court directs that the Government's pre-hearing letter be filed by **February 17, 2023** and the defense's pre-hearing letter be filed by **February 20, 2023**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 21, 2022
New York, New York