UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MICHAEL GARCIA,

Defendant.

22-CR-49-04 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference the Court sets the following schedule:

- Any supplemental sentencing submission by the defense shall be filed no later than **March 15, 2023**.

- Any supplemental sentencing submission by the Government shall be filed no later than **March 22, 2023.**

- Sentencing is rescheduled for **April 6, 2023** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2023
New York, New York